IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC GREEN, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV419-259
 )
CORIZON HEALTH, CHATHAM COUNTY )
SHERIFF OFFICE, and SHERIFF )
JOHN WELCHER, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's April 13, 2021, Report and Recommendation (Doc. 10), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 24th day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA